**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DR. DAN GIURCA,

                      Plaintiff,

          -against-                                   19 **CIVIL** 7761 (CS)

                                                                **<u>JUDGMENT</u>**

GOOD SAMARITAN HOSPITAL, BON
SECOURS CHARITY HEALTH SYSTEM, and
WESTCHESTER MEDICAL CENTER HEALTH
NETWORK,

                    Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated January 18, 2023, Defendants' motion for summary

judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      January 18, 2023

                                          **RUBY J. KRAJICK**

                                     _____

                                          **Clerk of Court**

              **BY:**                   *K. Mango*

                                          _____

                                          **Deputy Clerk**